UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S HOSPITAL CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON,<br><br>Defendants | Civ. A. No. 04-11676-PBS |

## **PLAINTIFF'S MOTION TO REMAND**

Pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1447(c), the plaintiff, Children's Hospital Corp., suggests that the Court lacks subject matter jurisdiction of this action and moves to remand it to the Suffolk County Superior Court. A memorandum of law in support of this motion is being filed herewith.

Respectfully submitted,

CHILDREN'S HOSPITAL CORP.

By its attorneys:

/s/ Theodore J. Folkman
John D. Hanify (BBO No. 219880)
Theodore J. Folkman (BBO No. 647642)
HANIFY & KING, P.C.
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Dated:  August 3, 2004
411273