UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S HOSPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON<br><br>Defendants. | Civil Action No. 04-11676-PBS |

## STIPULATION OF PLAINTIFF AND DEFENDANT KINDERCARE LEARNING CENTERS, INC.

Plaintiff Children's Hospital Corporation ("Plaintiff") and Defendant Kindercare Learning Center, Inc. ("Kindercare") stipulate and agree that Kindercare will have to and including August 18, 2004, to answer or otherwise plead in response to Plaintiff's Complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CHILDREN'S HOSPITAL CORPORATION, | KINDERCARE LEARNING CENTERS, INC., |
| By its attorneys, | By its attorneys, |
| /s/ Theodore J. Folkman<br>John D. Hanify (BBO #219880)<br>Theodore J. Folkman (BBO #647642)<br>HANIFY & KING, P.C.<br>One Beacon Street<br>Boston, MA 02108<br>617-423-0400 | /s/ Robert P. Morris<br>Robert P. Joy (BBO #254820)<br>Robert P. Morris (BBO #546052)<br>MORGAN, BROWN & JOY, LLP<br>One Boston Place<br>Boston, MA 02108-4472<br>617-523-6666 |
| Dated: August 4, 2004 | Dated: August 4, 2004 |

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August 2004, a copy of this document was delivered by first class mail to John D. Hanify and Theodore J. Folkman, Hanify & King, P.C., One Beacon Street, Boston, Massachusetts 02108, and to Michael J. Tuteur, Russell W. Beck and Michael R. Pontrelli, Epstein Becker & Green, P.C., 111 Huntington Avenue, Boston Ma 02199.

/s/ Robert P. Morris
Robert P. Morris