UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S HOSPITAL CORP.,<br><br>        Plaintiff,<br><br>    vs.<br><br>KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON,<br><br>        Defendants | Civ. A. No. 04-11676-PBS |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3, the plaintiff, Children's Hospital Corp., states that it is a charitable corporation organized under G.L. c. 180 with no stockholders, and that its sole member is Children's Medical Center Corp.

                                              Respectfully submitted,

                                              CHILDREN'S HOSPITAL CORP.

                                              By its attorneys:

                                              /s/ Theodore J. Folkman
                                              John D. Hanify (BBO No. 219880)
                                              Theodore J. Folkman (BBO No. 647642)
                                              HANIFY & KING, P.C.
                                              One Beacon Street
                                              Boston, Mass. 02108
                                              (617) 423-0400

Dated: August 12, 2004

411985