UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHILDREN'S HOSPITAL CORPORATION, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civ. A. No. 04-11676-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| KINDERCARE LEARNING CENTERS, | ) | |
| INC., BLUE CROSS BLUE SHIELD OF | ) | |
| MASSACHUSETTS, INC., and REGENCE | ) | |
| BLUE CROSS BLUE SHIELD OF OREGON, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JOINT STIPULATION PURSUANT TO 45 C.F.R. § 164.512

In order to permit the parties to this action to obtain discovery of protected health information, the parties hereby stipulate, pursuant to 45 C.F.R. § 164.512, to the following:

1.    The parties are prohibited from using or disclosing for any purpose other than this litigation any protected health information obtained pursuant to a subpoena, discovery request, or other lawful process issued in connection with this litigation.

2.    Any party that obtains such protected health information shall destroy or return it (including all copies thereof) to the covered entity from which it obtained the information upon final disposition of this litigation, including all appeals.

3.    The parties intend this Stipulation to comply with 45 C.F.R. § 164.512(e)(1)(ii)(3) and § 164.512(e)(1)(iv).  The terms "protected health information" and "covered entity," as used in this Stipulation, shall have the meanings provided in 45 C.F.R. § 160.103 and § 164.501, respectively.

Respectfully submitted,

CHILDREN'S HOSPITAL
CORPORATION,

KINDERCARE LEARNING
CENTERS, INC.,

By its attorneys:

By its attorneys:

/s/ Theodore J. Folkman
John D. Hanify, BBO No. 219880
Theodore J. Folkman, BBO No. 647642
HANIFY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400

/s/ Robert P. Morris
Robert P. Joy, BBO No. 254820
Robert P. Morris, BBO No. 546052
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC., and
REGENCE BLUE CROSS BLUE
SHIELD OF OREGON

By their attorneys:

/s/ Erica Templeton Spencer
Russell Beck, BBO No. 561031
Erica Templeton Spencer, BBO No. 651967
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA  02199
(617) 342-4000

Dated:  August 12, 2004