*Suffolk Superior Civil # 04-2959*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11676 PBS

CHILDREN'S HOSPITAL CORPORATION,

Plaintiff,

v.

KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OREGON

Defendant.



Civil Action No.

### NOTICE OF REMOVAL BY KINDERCARE

TO: The Honorable Judges
Of the United States District Court
For the District of Massachusetts

Pursuant to 28 U.S.C. § 1331, 1446 and 29 U.S.C. § 1132(e), Defendant, Kindercare Learning Center ("defendant"), hereby removes this action from the Superior Court of Suffolk County, Commonwealth of Massachusetts, to this Court. The grounds for removal are:

1. This is a civil action brought by the plaintiff, Children's Hospital Corporation (hereinafter "plaintiff"), in the Superior Court of Suffolk County, Commonwealth of Massachusetts (Civil Action No.04-2959). Copies of the Summons and Complaint were served upon defendant on July 7, 2004. Copies are attached in accordance with 28 U.S.C. § 1446 (a).

2.  Suffolk County, Massachusetts, the place where this action was originally filed, is within the geographic boundaries of the United States District Court for the District of Massachusetts. 28 U.S.C. § 101.

3.  Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1441, et seq., to remove this action from the Superior Court of Suffolk County, Commonwealth of Massachusetts.

4.  This action filed by plaintiff in state court is removable to this Court as an action over which the District Courts of the United States have been given original jurisdiction, in that the purported causes of action "relate to" an employee benefit plan governed by the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et seq. and are completely preempted. See Aetna Health, Inc. v. Davila, 592 U.S. __ Slip. Op. at 4-5 (2004).

5.  Defendant Blue Cross Blue Shield of Massachusetts, Inc. and Regence Blue Cross Blue Shield of Oregon assent to, and join in, this petition for removal. Resident Advisory Board v. Tate, 329 F. Supp. 427 (E.D. PA 1971).

6.  Defendant is filing this Notice of Removal within the time period prescribed by 28 U.S.C. § 1446.

7.  Pursuant to 28 U.S.C. § 1446(d), defendant will promptly file this Notice of Removal with the Clerk, Superior Court of Suffolk County, Commonwealth of Massachusetts, 90 Devonshire Street, Boston, Massachusetts 02109.

8.  Pursuant to 28 U.S.C. §1446(d) defendant will serve a copy of this Notice of Removal upon counsel for plaintiff.

WHEREFORE, defendant petitions that the above action now pending in the Superior Court of Suffolk County, Commonwealth of Massachusetts, be removed therefrom to this Court.

Date: July 2_, 2004.

Respectfully Submitted:

_____
Robert P. Joy (BBO # 254820)
Corinne L. Hood (BBO # 654311)
**MORGAN BROWN & JOY, LLP**
One Boston Place
Boston, MA 02108
(617) 523-6666
(617) 367-3125 (fax)

I HEREBY ATTEST AND CERTIFY ON
AUGUST 3, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY_____
ASSISTANT CLERK.

Assented to:
Blue Cross Blue Shield of Massachusetts, Inc.
and Regence Blue Cross Blue Shield of Oregon
By their attorneys,

_____
Michael J. Tuteur (BBO # 543780)
Russell W. Beck (BBO # 549194
Michael R. Pontrelli (BBO # 561031)
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston Ma 02199
(617) 392-4000
(617) 392-4001(fax)

COMMONWEATH OF MASSACHUSETTS
SUPERIOR COURT
DEPT. OF THE TRIAL COURT

SUFFOLK, ss.

CHILDREN'S HOSPITAL
CORPORATION,
   Plaintiff,

v.

KINDERCARE LEARNING CENTERS,
INC., BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC., and
REGENCE BLUE CROSS BLUE
SHIELD OREGON
   Defendants.

Civil Action No.
04-2959

## CLERK NOTICE OF REMOVAL

TO: Civil Clerks Office
Suffolk County Superior Court
90 Devonshire Street
Boston, MA 02109

PLEASE TAKE NOTICE that the Defendants, in the above captioned matter, have on the 28th day of July 2004 filed in the United States District Court of the District of Massachusetts, its Notice of Removal of Action of the above-styled action from the Superior Court, Suffolk County, Commonwealth of Massachusetts (a copy of said Notice is attached hereto) to the United States District Court for the District of Massachusetts, together with copies of the Complaint filed by the Plaintiff in the Superior Court, Suffolk County, Commonwealth of Massachusetts.

Date: July 28th, 2004.

Respectfully Submitted:

_____
Robert P. Joy (BBO # 254820)
Corinne L. Hood (BBO # 654311)
**MORGAN BROWN & JOY, LLP**
One Boston Place
Boston, MA 02108
(617) 523-6666
(617) 367-3125 (fax)

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT
                                                DEPT. OF THE TRIAL COURT

CHILDREN'S HOSPITAL
CORPORATION,

Plaintiff,

v.                                              Civil Action No.
                                                04-2959

KINDERCARE LEARNING CENTERS,
INC., BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS, INC., and
REGENCE BLUE CROSS BLUE
SHIELD OREGON
Defendants.

### NOTICE TO COUNSEL OF REMOVAL OF ACTION TO FEDERAL COURT

TO:   John D. Hanify, Esq.
      Hanify & King, P.C.
      One Beacon Street
      Boston, MA 02108

PLEASE TAKE NOTICE that the Defendants, in the above captioned matter, have on the 28th day of July 2004 filed in the United States District Court of the District of Massachusetts, its Notice of Removal of Action of the above-styled action from the Superior Court, Suffolk County, Commonwealth of Massachusetts (a copy of said Notice is attached hereto) to the United States District Court for the District of Massachusetts, together with copies of the Complaint filed by the Plaintiff in the Superior Court, Suffolk County, Commonwealth of Massachusetts.

Date: July ___, 2004.

Respectfully Submitted:

_____
Robert P. Joy (BBO # 254820)
Corinne L. Hood (BBO # 654311)
**MORGAN BROWN & JOY, LLP**
One Boston Place
Boston, MA 02108
(617) 523-6666
(617) 367-3125 (fax)

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-2959-C

Children's Hospital Corporation , Plaintiff(s)

v.

Kindercare Learning Centers, Inc.,
Blue Cross Blue Shield of Massachusetts, Inc. &
Regence Blue Cross Blue Shield of Oregon , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Theodore J. Folkman, Esq., of Hanify & King, Professional Corporation plaintiff's attorney, whose address is One Beacon St., Boston, MA 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 6th day of July , in the year of our Lord two thousand and four .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

MAS-20030912
guen
08/02/2004
03:12 PM

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

## SUCV2004-02959
### Childrens Hospital Corp v Kindercare Learning Centers Inc et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 07/06/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 08/02/2004 | Session | C - Civil C | | |
| Origin | 1 | Case Type | A01 - Services, labor, materials | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/04/2004 | Answer | 12/03/2004 | Rule12/19/20 | 12/03/2004 |
| Rule 15 | 12/03/2004 | Discovery | 05/02/2005 | Rule 56 | 06/01/2005 |
| Final PTC | 07/01/2005 | Disposition | 08/30/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Childrens Hospital Corp
Active 07/06/2004

**Private Counsel 219880**
John D Hanify
Hanify & King
1 Beacon Street
21st Floor
Boston, MA 02108-3107
Phone: 617-423-0400
Fax: 617-423-0498
Active 07/06/2004 Notify

**Defendant**
Kindercare Learning Centers Inc
Served: 07/07/2004
Served (answr pending) 07/15/2004

**Private Counsel 654311**
Corinne L Hood
Morgan Brown & Joy
1 Boston Place
Suite 1616
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 08/02/2004 Notify

**Defendant**
Blue Cross Blue Shield of Mass Inc
Served: 07/07/2004
Served (answr pending) 07/15/2004

**Private Counsel 254820**
Robert P Joy
Morgan Brown & Joy
1 Boston Place
Suite 1616
Boston, MA 02108-4472
Phone: 617-523-6666
Fax: 617-367-3125
Active 08/02/2004 Notify

**Defendant**
Regence Blue Cross Blue Shield of Oregon
Served: 07/06/2004
Served (answr pending) 07/13/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/06/2004 | 1.0 | Complaint & Jury demand |

MAS-20030912                    **Commonwealth of Massachusetts**                     08/02/2004
guen                                  SUFFOLK SUPERIOR COURT                            03:12 PM
                                            Case Summary
                                            Civil Docket

## SUCV2004-02959
### Childrens Hospital Corp v Kindercare Learning Centers Inc et al

| Date | Paper | Text |
|---|---|---|
| 07/06/2004 | | Origin 1, Type A01, Track F. |
| 07/06/2004 | 2.0 | Civil action cover sheet filed |
| 07/08/2004 | 3.0 | Plaintiff's Ex Parte Motion for Appointment of Dewsnap & Associates as Special Process Server & Allowed (Cratsley,J) (Dated 7/7/04) |
| 07/13/2004 | 4.0 | Affidavit of compliance with long-arm statute with proof of service ...defendant Blue Cross Blue Shield of Oregon on 7/6/04 ...ing Centers Inc |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/02/2004
03:12 PM

## SUCV2004-02959
### Childrens Hospital Corp v Kindercare Learning Centers Inc et al

| Date | Paper | Text |
|---|---|---|
| 07/06/2004 | | Origin 1, Type A01, Track F. |
| 07/06/2004 | 2.0 | Civil action cover sheet filed |
| 07/08/2004 | 3.0 | Plaintiff's Ex Parte Motion for Appointment of Dewsnap & Associates as Special Process Server & Allowed (Cratsley,J) (Dated 7/7/04) |
| 07/13/2004 | 4.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Blue Cross Blue Shield of Oregon on 7/6/04 |
| 07/15/2004 | 5.0 | SERVICE RETURNED (summons): Kindercare Learning Centers Inc (Defendant) by delivering in hand to Yvette Concepcion, Process Clerk c/o CT Corp., on 7/7/04 |
| 07/15/2004 | 6.0 | SERVICE RETURNED (summons): Defendant Blue Cross Blue Shield of Mass Inc, service made on July 07, 2004 (in hand) to Sue Malzone, Adm Asst, |
| 08/02/2004 | | Certified copy of petiton for removal to U. S. Dist. Court of Deft. Kindercare Learning Center U. S. Dist.#(04-11676PBS). |
| 08/02/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON
AUGUST 3, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY

ASSISTANT CLERK.