UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S HOSPITAL CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON,<br><br>Defendants | Civ. A. No. 04-11676-PBS |

## JOINT MOTION TO CONTINUE THE SCHEDULING CONFERENCE

Now come the plaintiff, Children's Hospital Corp., and the defendants, Kindercare Learning Centers, Inc., Blue Cross Blue Shield of Massachusetts, Inc., and Regence Blue Cross Blue Shield of Oregon, and move to continue the scheduling conference now set for September 9. In support of this motion, the parties state that John D. Hanify, senior counsel to the plaintiff, is scheduled to be in South Carolina on September 9 for a previously scheduled deposition in another civil action, and that rescheduling the deposition would cause great inconvenience to the parties and attorneys involved in that action.

All of the parties are available for a conference on September 23, 2004, if that date is convenient for the Court. The parties respectfully request that the Court re-set the scheduling

conference for September 23 or another date convenient for the Court.

<div style="display:flex">

CHILDREN'S HOSPITAL CORP.

By its attorneys:

*/s/ John D. Hanify*
John D. Hanify (BBO No. 219880)
Theodore J. Folkman (BBO No. 647642)
HANIFY & KING, P.C.
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Respectfully submitted,

KINDERCARE LEARNING CENTERS, INC.

By its attorneys:

*Robert P. Harris /tjf*
Robert P. Joy (BBO No. 254820)
Robert P. Morris (BBO No. 546052)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Mass. 02108
(617) 523-6666

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC. and REGENCE BLUE CROSS BLUE SHIELD OF OREGON

By their attorneys:

*Erica Spencer /tjf*
Russell Beck (BBO No. 561031)
Erica Templeton Spencer (BBO No. 651967)
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, Mass. 02199
(617) 342-4000

</div>

Dated: August 13, 2004

411954

CERTIFICATION OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/13/64.

*/s/ John D. Hanify*