UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************************  *
CHILDREN'S HOSPITAL CORPORATION,           *
                                           *
              Plaintiff,                   *
v.                                         *
                                           *  Civil Action No. 04-11676-PBS
KINDERCARE LEARNING CENTERS,               *
INC., BLUE CROSS BLUE SHIELD OF            *
MASSACHUSETTS, INC., and REGENCE           *
BLUE CROSS BLUE SHIELD OF OREGON,          *
                                           *
              Defendants.                  *
*****************************************
```

**CORPORATE DISCLOSURE STATEMENT OF**
**BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Blue Cross Blue Shield of Massachusetts, Inc. ("Blue Cross Massachusetts") submits the following corporate disclosure statement:

At the present time, Blue Cross Massachusetts has no parent corporation. It is a non-profit hospital and medical services corporation that does not issue stock. If necessary, Blue Cross Massachusetts will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.3(B).

                BLUE CROSS BLUE SHIELD OF
                MASSACHUSETTS, INC.,

                By its attorneys,

                /s/ Erica Templeton Spencer
                Russell Beck, BBO No. 561031
                Erica Templeton Spencer, BBO No. 651967
                EPSTEIN BECKER & GREEN, P.C.
                111 Huntington Avenue
                Boston, MA  02199
                (617) 342-4000

Dated: September 3, 2004