UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************  *
CHILDREN'S HOSPITAL CORPORATION,   *
                                                                  *
          Plaintiff,                                        *
                                                                  *
v.                                                              *
                                                                  *   Civil Action No. 04-11676-PBS
KINDERCARE LEARNING CENTERS,   *
INC., BLUE CROSS BLUE SHIELD OF    *
MASSACHUSETTS, INC., and REGENCE *
BLUE CROSS BLUE SHIELD OF OREGON, *
                                                                  *
          Defendants.                                  *
*****************************************

CORPORATE DISCLOSURE STATEMENT OF
REGENCE BLUE CROSS BLUE SHIELD OF OREGON

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Regence Blue Cross Blue Shield of Oregon ("Blue Cross Oregon") submits the following corporate disclosure statement:

At the present time, the Regence Group is the parent company of Blue Cross Oregon. The Regence Group is a private company and there is no public company that owns ten percent or more of its stock. If necessary, Blue Cross Oregon will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.3(B).

REGENCE BLUE CROSS BLUE
SHIELD OF OREGON,

By its attorneys,

/s/ Erica Templeton Spencer
Russell Beck, BBO No. 561031
Erica Templeton Spencer, BBO No. 651967
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: September 3, 2004