## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

**CHILDREN'S HOSPITAL CORPORATION,**    \*
                                        \*
        **Plaintiff,**    \*
                                        \*
**v.**                                  \*
                                        \*    **Civil Action No. 04-11676-PBS**
**KINDERCARE LEARNING CENTERS,**        \*
**INC., BLUE CROSS BLUE SHIELD OF**     \*
**MASSACHUSETTS, INC., and REGENCE**    \*
**BLUE CROSS BLUE SHIELD OF OREGON,**   \*
                                        \*
        **Defendants.**    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF TERRY ANDERSON AUTHENTICATING DOCUMENTS

I, Terry Anderson, being duly sworn, depose and state as follows:

1.    I am Associate General Counsel for the Regence Group, the corporate parent of Regence Blue Cross Blue Shield of Oregon.

2.    Attached hereto as Exhibit A is a true and correct copy of relevant portions of the Blue Cross and Blue Shield of Massachusetts, Inc. and the Children's hospital Corporation Hospital Services Agreement.

3.    Attached hereto as Exhibit B is a true and correct copy of relevant portions of the KinderCare Learning Centers, Inc. Employee Benefit Plan.

4.    Complete copies of the excerpted documents attached at Exhibit A and Exhibit B are available upon request.

Signed under the pains and penalties of perjury this 3rd day of September 2004.

        /s/ Terry Anderson
        Terry Anderson