# EXHIBIT B

# KINDERCARE LEARNING CENTERS, INC.




Copayment Plan
Preferred Provider Plan
Major Medical Plan
Dental Plan
Vision Plan

## PLAN BOOKLET

Regence BlueCross BlueShield of Oregon
PO Box 1271
Portland, OR 97207-1271
www.or.regence.com

**To: All Eligible Employees**

Welcome to membership in the group health plan provided for **you** and **your** dependents by KinderCare Learning Centers, Inc. KinderCare Learning Centers, Inc. has chosen Regence BlueCross BlueShield of Oregon to provide **your** health care plan.

Employer Paid Benefits
**Your** health coverage plan is a self-funded benefits plan administered by Regence BlueCross BlueShield of Oregon. This means that KinderCare Learning Centers, Inc., not Regence BlueCross BlueShield of Oregon, pays for **your** covered medical services and supplies. **Your** claims will be paid only after KinderCare Learning Centers, Inc. provides Regence BlueCross BlueShield of Oregon with the funds to pay **your** benefits and pay all other charges due under the **plan**.

Because of their extensive experience and reputation of service, Regence BlueCross BlueShield of Oregon has been chosen as **your** group health plan **claims administrator**.

This **plan booklet** describes benefits effective January 1, 2003, or the date after that on which **your** coverage became effective.

It is important that **you** fully understand the benefits provided under this **plan**. Failure to use the benefits correctly may result in claims being denied.

Date Prepared: April 22, 2003
File No. 808115001

## TABLE OF CONTENTS

**INTRODUCTION** ........................................ **1**

**DEFINITIONS** ........................................ **1**

**SUMMARY OF BENEFITS – COPAYMENT PLAN** ........................................ **6**

Maximum Lifetime Benefit ........................................ 6
Calendar Year Deductible (Nonpreferred Providers Expenses Only) ........................................ 6
Calendar Year Out-of-Pocket Maximum ........................................ 6
Percentage Paid For Covered Expenses ........................................ 6

**BENEFITS – COPAYMENT PLAN** ........................................ **12**

When Benefits Are Available ........................................ 12
Deductibles ........................................ 12
Once The Deductible Is Satisfied ........................................ 13
Restoration Of Benefits ........................................ 13
Individua (Comprehensive Care Management) ........................................ 13
Special Beginnings® Benefits ........................................ 14
Hospital Inpatient Care ........................................ 17
Hospital Outpatient Care ........................................ 19
Skilled Nursing Facility Care ........................................ 19
Specialty Facility Care ........................................ 20
Professional Provider Services ........................................ 20
Outpatient Diabetic Instruction ........................................ 22
Preventive Care ........................................ 22
Immunizations ........................................ 24
Maternity Care ........................................ 24
Special Dental Care ........................................ 24
Temporomandibular Joint Disorders ........................................ 25
Additional Accident Benefit ........................................ 25

**OTHER COVERED SERVICES AND SUPPLIES – COPAYMENT PLAN** ........................................ **26**

Home Health Care ........................................ 26
Home Infusion Therapy ........................................ 27
Palliative Hospice Care ........................................ 28
Outpatient Rehabilitative Care ........................................ 30
Ambulance Transportation ........................................ 30
Durable Medical Equipment And Supplies ........................................ 31
Medications ........................................ 31

**SUMMARY OF BENEFITS – PREFERRED PROVIDER PLAN** ........................................ **33**

Maximum Lifetime Benefit ........................................ 33
Calendar Year Deductible ........................................ 33
Percentage Paid For Covered Expenses ........................................ 33

**BENEFITS – PREFERRED PROVIDER PLAN ........ 39**

When Benefits Are Available ........ 39
Deductibles ........ 39
Once The Deductible Is Satisfied ........ 40
Restoration Of Benefits ........ 40
Individua (Comprehensive Care Management) ........ 40
Special Beginnings® Benefits ........ 41

**COVERED EXPENSES – PREFERRED PROVIDER PLAN ........ 43**

Hospital Inpatient Care ........ 45
Hospital Outpatient Care ........ 46
Skilled Nursing Facility Care ........ 47
Specialty Facility Care ........ 48
Professional Provider Services ........ 48
Outpatient Diabetic Instruction ........ 50
Preventive Care ........ 51
Immunizations ........ 52
Maternity Care ........ 52
Special Dental Care ........ 53
Temporomandibular Joint Disorders ........ 53
Additional Accident Benefit ........ 53

**OTHER COVERED SERVICES AND SUPPLIES – PREFERRED PROVIDER PLAN ........ 54**

Home Health Care ........ 54
Home Infusion Therapy ........ 55
Palliative Hospice Care ........ 56
Outpatient Rehabilitative Care ........ 58
Ambulance Transportation ........ 58
Durable Medical Equipment And Supplies ........ 58
Medications ........ 59

**SUMMARY OF BENEFITS – MAJOR MEDICAL PLAN ........ 61**

Maximum Lifetime Benefit ........ 61
Calendar Year Deductible ........ 61
Percentage Paid For Covered Expenses ........ 61

**BENEFITS – MAJOR MEDICAL PLAN ........ 67**

When Benefits Are Available ........ 67
Deductibles ........ 67
Once The Deductible Is Satisfied ........ 68
Restoration Of Benefits ........ 68
Individua (Comprehensive Care Management) ........ 68
Special Beginnings® Benefits ........ 69

**COVERED EXPENSES – MAJOR MEDICAL PLAN ........ 71**

Hospital Inpatient Care ..... 73
Hospital Outpatient Care ..... 74
Skilled Nursing Facility Care ..... 75
Specialty Facility Care ..... 76
Professional Provider Services ..... 76
Outpatient Diabetic Instruction ..... 79
Preventive Care ..... 79
Immunizations ..... 80
Maternity Care ..... 80
Special Dental Care ..... 81
Temporomandibular Joint Disorders ..... 81
Additional Accident Benefit ..... 81

**OTHER COVERED SERVICES AND SUPPLIES – MAJOR MEDICAL PLAN . 82**

Home Health Care ..... 82
Home Infusion Therapy ..... 83
Palliative Hospice Care ..... 84
Outpatient Rehabilitative Care ..... 86
Ambulance Transportation ..... 86
Durable Medical Equipment And Supplies ..... 86
Medications ..... 87

**GENERAL LIMITATIONS ..... 89**

Exclusion Period For Preexisting Conditions ..... 89
Chemical Dependency And Mental Illness ..... 90
Chiropractic Care ..... 94
Transplants ..... 94
Medicare ..... 100

**GENERAL EXCLUSIONS ..... 101**

**CLAIMS ADMINISTRATION ..... 107**

Third-Party Liability ..... 107
Motor Vehicle Coverage ..... 109
Workers' Compensation ..... 110
Maintenance Of Benefits ..... 111
Disclosure Of Health Information ..... 116
Benefits Are Not Transferable ..... 119
Hold Harmless In The Event Of Nonpayment ..... 119
You Must Submit Health Information ..... 119
Plan Is Not Responsible For The Quality Of Health Care ..... 120
Claims Recoveries ..... 120
Submission And Payment Of Claims ..... 120
Member Appeals and Grievance Process ..... 123
Preauthorization ..... 126
Replacing Earlier Contract ..... 128
Drug Rebate ..... 128

Out-Of-Area Claims Service - BlueCard Program ........ 129

**WHO IS ELIGIBLE ........ 130**

Employees ........ 130
Dependents ........ 130
Newly Acquired Dependents ........ 130
Special Enrollment ........ 131

**HOW TO ENROLL ........ 132**

When You First Become Eligible ........ 132
Enrolling New Dependents ........ 133
Open Enrollment ........ 133
Transferring From One Plan To Another During Selection Period ........ 133

**WHEN GROUP COVERAGE BEGINS ........ 133**

**WHEN GROUP COVERAGE ENDS ........ 134**

Plan Termination ........ 134
Termination By Enrolled Employee ........ 134
If You Die ........ 134
If Your Dependents Lose Eligibility ........ 134
If You Lose Eligibility ........ 134

**CONTINUATION OF COVERAGE (COBRA) ........ 135**

**GENERAL PROVISIONS ........ 139**

No Waiver ........ 139
Group Is The Agent ........ 139
Governing Law ........ 139
Choice Of Forum ........ 140
Representations Are Not Warranties ........ 140
Relationship To Blue Cross And Blue Shield Association ........ 140

**PRESCRIPTION DRUG BENEFITS ........ 141**

Prescription Drug Benefits Replace Plan Benefits ........ 141
Definitions ........ 141
How To Use The Prescription Drug Benefit ........ 143
Amount Payable ........ 143
Maximum Out Of Pocket Expense ........ 144
Grace Period ........ 145
Mail Order Benefit ........ 145
Limitations ........ 146
Exclusions ........ 146
Preauthorization ........ 148
Medication Dispensing Limits ........ 149
General Provisions ........ 149
Plan Booklet Terms Apply ........ 150

**DENTAL CARE BENEFITS** .......... **152**

Definitions .......... 152
When Benefits Are Available .......... 153
Covered Expenses .......... 154
Deductible .......... 154
Percentage Paid .......... 155
Preventive Dental Services .......... 155
Basic Dental Services .......... 155
Complicated Dental Services .......... 156
Major Dental Services .......... 157
General Limitations .......... 158
General Exclusions .......... 158

**VISION CARE BENEFITS** .......... **165**

Definitions .......... 165
Vision Benefits .......... 165
Covered Expenses .......... 165
Exclusions .......... 166
General Provisions .......... 166

**INFORMATION REGARDING ERISA** .......... **168**

Hospital Claims

If **you** or an **enrolled dependent** is hospitalized, in most cases, all **you** need to do is present **your** Regence BlueCross BlueShield of Oregon identification card to the admitting office. Most **hospitals** will bill the **claims administrator** directly for the entire cost of the **hospital** stay. The **claims administrator** will pay the **hospital** and send **you** copies of their payment record. The **hospital** will then bill **you** for any of the charges that were not covered by **your** Regence BlueCross BlueShield of Oregon benefits.

Sometimes, however, the **hospital** will ask **you**, at the time of discharge, to pay amounts that might not be covered by **your** benefits. If this happens, **you** are responsible for these amounts **yourself**. **The plan** will, of course, reimburse **you** if any of the charges **you** pay are covered under the plan.

**If you** or **your enrolled dependent** receives treatment in a **hospital** which will not bill the **claims administrator**, or in a **hospital** outside the **plan** service area, **you** will receive a bill. In order to claim **your** benefits for these charges, send a copy of the bill to the **claims administrator**, and be sure it includes all of the following information:

- the name of the enrolled person who was treated;
- **your** name and **your** group and identification numbers;
- a description of the symptoms that were observed or a diagnosis; and
- a description of the services and the dates on which they were given.

The same procedure should be followed with bills for **hospital** or **professional provider** care **you** receive outside the United States.

Professional Provider Claims

A **professional provider** may bill charges directly to the **claims administrator**. If not, **you** may send **professional provider** bills to the **claims administrator yourself**. Be sure the **professional provider** uses his or her billing form and includes on the bill:

- the patient's name and the group and identification numbers;
- the date treatment was given;
- the diagnosis; and
- an itemized description of the services given and the charges for them.