UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************  *
CHILDREN'S HOSPITAL CORPORATION,            *
                                            *
     Plaintiff,                             *
                                            *
v.                                          *
                                            *   Civil Action No. 04-11676-PBS
                                            *
KINDERCARE LEARNING CENTERS,                *
INC., BLUE CROSS BLUE SHIELD OF             *
MASSACHUSETTS, INC., and REGENCE            *
BLUE CROSS BLUE SHIELD OF OREGON,           *
                                            *
     Defendants.                            *
*****************************************

### DEFENDANTS' MOTION TO DISMISS

Defendants Kindercare Learning Centers, Inc., Blue Cross Blue Shield of Massachusetts, Inc., and Regence Blue Cross Blue Shield of Oregon hereby move to dismiss all counts of the Complaint of Plaintiff Children's Hospital Corporation (the "Hospital") on the ground that such claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*., and, therefore should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As a separate and independent basis for dismissal, Defendant Regence Blue Cross Blue Shield of Oregon moves, pursuant to Rule 12(b)(2), to dismiss all claims against it on the basis of lack of personal jurisdiction. As grounds for this Motion, the defendants rely on the contemporaneously filed Joint Memorandum of Law in Support of Defendants' Motion to Dismiss.

BO:130437v1

WHEREFORE, the defendants respectfully request that all counts of the Hospital's Complaint be dismissed in their entirety.

Respectfully submitted,

KINDERCARE LEARNING CORPORATION, CENTERS, INC.,

By its attorneys:

/s/ Robert P. Joy
Robert P. Joy, BBO No. 254820
Robert P. Morris, BBO No. 546052
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666


BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON

By their attorneys:

/s/ Erica Templeton Spencer
Russell Beck, BBO No. 561031
Erica Templeton Spencer, BBO No. 651967
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA  02199
(617) 342-4000

Dated: September 3, 2004

- 2 -