# Review Comments

12/19/2003 13:06

┌ Application Data ├────────────────────────────────────────────

| Review | Application: PAS    Subject: FINANCIAL COUNSELOR |

┤ Comment Changes ├────────────────────────────────────────────

Add Date: 08/25/03 15:12 Init: LH3    Change Date:  /  /    :    Init:

RECEICED A CALL BACK FROM LINDA STATING SHE CALLED INS CO WAS TOLD THAT POLICY
IS ACTIVE BUT PATINT NOT ADDED...CALLED UNIT CONFRENCE CALL WITH LINDA SPOKE
WITH MOM TOLD HER THE ABOVE SHE WILL CALL HER EMPOLYER AND GET BACK TO
ME...HUGHES˜

CHB 000035