Blue Cross inquiries

002283665   DELAURA, ISABEL   08/19/2003   Female
IP   3033478508   08/19/2003 21:39   MAYER,JOHN   Hold Interim Bill

| Occ. | Prompt | Data |
|---|---|---|
| 1 | UTILIZATION PHONE RQ | |
| | Request Type | Admission Review |
| | Contact Name | Regence BC |
| | Request Description | |
| | Date/Time of Request | 08/29/2003 00:00 |
| | AA Receiving Call | Umilta Eadie |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | |
| 2 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | requests call or fax on 9/2 |
| | Date/Time of Request | 09/02/2003 00:00 |
| | AA Receiving Call | Other Coverage |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | (503) 371-3249 X |
| 3 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | NRD 9/5 |
| | Date/Time of Request | 09/03/2003 00:00 |
| | AA Receiving Call | Carol Savard |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | |
| 4 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Regence BC |
| | Request Description | Fax received. Next review date Thur 9/11 |
| | Date/Time of Request | 09/08/2003 00:00 |
| | AA Receiving Call | Umilta Eadie |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | |
| 5 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | called to let us know the insuarnce termed with BX Oregan need to check with Finance office |
| | Date/Time of Request | 09/11/2003 00:00 |
| | AA Receiving Call | Carol Savard |
| | AA Fax # | |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | (800) 547-0939 X4298 |
| 6 | UTILIZATION PHONE RQ | |
| | Request Type | Other |

CHB 000015

Page: 1

| | | |
|---|---|---|
| | Contact Name | Carol |
| | Request Description | Made error in assuming the insurance was termed. Please continue sending info to BX of Oregan. Received fax today, won't need infor for a few days. Thanks |
| | Date/Time of Request | 09/11/2003 00:00 |
| | AA Receiving Call | Umilta Eadie |
| | AA Fax # | |
| | PCC Referral Name | |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | (800) 547-0939 XX4298 |
| 7 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | |
| | Request Description | fax update |
| | Date/Time of Request | 09/23/2003 00:00 |
| | AA Receiving Call | Other Coverage |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | (800) 547-0939 X4298 |
| 8 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | auth number 221213 |
| | Date/Time of Request | 09/23/2003 00:00 |
| | AA Receiving Call | Carol Savard |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | (800) 547-0939 X4298 |
| 9 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | NRD 10/8 |
| | Date/Time of Request | 10/02/2003 00:00 |
| | AA Receiving Call | Carol Savard |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | MH1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | |
| 10 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | |
| | Date/Time of Request | 10/20/2003 00:00 |
| | AA Receiving Call | Carol Savard |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | DM1 |
| | Fax Acknowldge Dt/Tm | |
| | Call Back Phone# | |
| 11 | UTILIZATION PHONE RQ | |
| | Request Type | Concurrent Review |
| | Contact Name | Carol |
| | Request Description | |
| | Date/Time of Request | 10/28/2003 00:00 |
| | AA Receiving Call | Other Coverage |
| | AA Fax # | (503) 391-8696 |
| | PCC Referral Name | |
| | Fax Acknowldge Dt/Tm | |

CHB 000016