```
                           Review Comments
                                                       12/19/2003 13:06
┌─ Application Data ├──────────────────────────────────────────────────
│  ┌────────┐
│  │ Review │     Application: PAS     Subject: ELG/BENEFITS
│  └────────┘
├─ Comment Changes ├──────────────────────────────────────────────────
│  Add Date: 09/16/03 15:53  Init: LM3   Change Date: 09/16/03 16:08  Init: LM3
```

CALL 8787 207 4213 VERI ELG & BENEFITS  WITH JENNEFIER L EFT DATE 8 19 03
100% 200.00 CO PAY O/P 1,000

CHB 000037