```
                    Review Comments           12/19/2003 13:06
┌─ Application Data ─┐
│ ┌────────┐                                                    │
│ │ Review │   Application: PAS    Subject: PRECERT/APP          │
│ └────────┘                                                    │
├─ Comment Changes ─┤                                            │
│ Add Date: 09/16/03 16:11 Init: LM3   Change Date:  / /  :  Init: │
└────────────────────────────────────────────────────────────────┘
```

CALL INS AT  800 824 8563 GOT AUTH# FROM GLENDA  AUTH# 221213 GOOD FROM
8 19 03 TO 9 17 03

CHB 000038