## Review Comments

12/19/2003 13:06

**Application Data**

Review    Application: PAS    Subject: FOLLOW-UP

**Comment Changes**
Add Date: 11/12/03 16:05 Init: SL3    Change Date: 11/12/03 16:07 Init: SL3

THE NURSE CASE MANAGER C/B & STATED SHE'S BEEN RECEIVING CLINICAL INFORMATION ONCE A WEEK & THE UR DPT NEEDS TO SEND CLINICAL ON 11/12/03.
THE AUTHORIZATION IS TIL GOOD UNTIL 11/12/03.
THE NURSE CASE MANAGER IS CAROL LLOYD FROM OREGON.
I ADDED THE ACCOUNT TO THE PENDING CLINICAL LIST.