## Review Comments

12/19/2003 13:06

```
┌─ Application Data ├──────────────────────────────────────┐
│  ┌──────────┐                                            │
│  │  Review  │    Application: PAS    Subject: FINANCIAL COUNSELOR │
│  └──────────┘                                            │
├─ Comment Changes ├───────────────────────────────────────┤
│  Add Date: 12/01/03 17:09 Init: LH3   Change Date:  / /    :    Init: │
└──────────────────────────────────────────────────────────┘
```

PATIENTS MOM STOP BY WE CALLED INS COMPANY S/W JESSICA MOM GAVE HER THE
INFORMATION THAT WAS NEEDED B/C IS THE ONLY INSURANCE THAT THEY HAVE MOM
APPLIED FOR CT MEDICAID TODAY WITH ME WE WILL SEND CERTIFIED MAIL..I EXPLAN TO
JESSICA THAT HOSPITAL CLAIM WAS DENIED PENDING OTHER INSURANCE...PER JESSICA
MOM GAVE INFORMATION THAT WAS NEEDED AND THE HOSPITAL CLAIMS SHOULD HAVE NO
PROBLEMS....HUGHES

CHB 000057