```
                         Review Comments
                                                    12/19/2003 13:06
┌─ Application Data ┬──────────────────────────────────────────────┐
│  ┌───────┐                                                       │
│  │Review │     Application: PAS    Subject: FOLLOW-UP WITH CASEMANAGER
│  └───────┘                                                       │
├─ Comment Changes ┬───────────────────────────────────────────────┤
│  Add Date: 12/03/03 17:58 Init: SL3    Change Date:  /  /   :  Init:
└──────────────────────────────────────────────────────────────────┘
```

I CALLED CAROL @ BC/BS OF OREGON @ 800-547-0939 EXT. 4298 & I SPOKE WITH CAROL
& SHE STATED SHE JUST RECEIVED CLINICAL FROM CHILDREN'S ON 12/2/03 & PATIENT IS
STILL APPROVED UP UNTIL TODAY FOR INPT ADMIT.

CHB 000063