# Review Comments

12/19/2003 13:06

┌ Application Data ├────────────────────────────────────

| Review | Application: PAS    Subject: Cld bc of OR pre-cert dept 800

├ Comment Changes ├────────────────────────────────────
Add Date: 12/15/03 16:50 Init: MK1    Change Date:  /  /    :    Init:

Cld bc of OR pre-cert dept 800-824-8563 sw Cassie  she stated auth 221213
approved from 8/19 - 12/9/03, need bc additional clinical info can fax clinical
info to attn: Carol Lloyd fax#503-391-8696 tel#800-643-4512 X4298, put on
spread sheet for JW will f/u for Kay K.

CHB 000069