UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Children's Hospital Corporation<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Kindercare Learning Centers, Inc., et al<br>　　　　　　　Defendants. | CIVIL ACTION<br>NO.  04-11676-PBS |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                            September 22, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss, and Motion to Remand on **October 7, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel