UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Children's Hospital Corp.
Plaintiff,

V.

Civil Action Number
04-11676-PBS

Kindercare Learning Centers, Inc.
Defendant.

October 7, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/31/05

Summary Judgment Motion filing deadline: 2/15/05

Opposition to Summary Judgment Motions: 3/1/05

Hearing on Summary Judgment or Pretrial Conference: 3/9/05 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk