UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHILDREN'S HOSPITAL CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON**<br><br>Defendants. | Civil Action No. 04-11676-PBS |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

>Morgan, Brown & Joy, LLP
>200 State Street, 11th Floor
>Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

Respectfully submitted,

KINDERCARE LEARNING CENTERS, INC.,

By its attorneys:

_____
Robert P. Joy (BBO #254820)
Robert P. Morris (BBO #546052)
MORGAN, BROWN & JOY
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

Dated: December 17, 2004

## CERTIFICATE OF SERVICE

I certify that on the 17th day of December 2004, a copy of this document was delivered by first class mail to John Hanify and Theodore J. Folkman, Hanify & King, P.C., One Beacon Street, Boston, MA 02108, and to Russell W. Beck and Erica Templeton Spencer, Epstein, Becker & Green, P.C., 111 Huntington Avenue, Boston, MA 02199.

_____
Robert P. Morris