UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHILDREN'S HOSPITAL CORP.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KINDERCARE LEARNING CENTERS, INC., BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC., and REGENCE BLUE CROSS BLUE SHIELD OF OREGON,<br><br>　　　　Defendants. | Civ. A. No. 04-11676-PBS |

## NOTICE OF CHANGE OF FIRM

Notice is hereby given that the undersigned counsel, formerly of Epstein Becker & Green, P.C., have changed firms and, as of February 1, 2005, are associated with Foley & Lardner LLP, at the address set forth below. Telephone and fax numbers remain unchanged.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BLUE CROSS BLUE SHIELD OF
　　　　　　　　　　　　　　　　　MASSACHUSETTS, INC. and REGENCE
　　　　　　　　　　　　　　　　　BLUE CROSS BLUE SHIELD OF OREGON,

　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　/s/: Erica Templeton Spencer
　　　　　　　　　　　　　　　　　Russell Beck (BBO No. 561031)
　　　　　　　　　　　　　　　　　Erica Templeton Spencer (BBO No. 651967)
　　　　　　　　　　　　　　　　　Foley & Lardner LLP
　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　Boston, Mass. 02199
　　　　　　　　　　　　　　　　　(617) 342-4000

Dated: February 1, 2005

#142463