

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:                                                                 RE:

Suffolk Superior Superior Court                 CIVIL ACTION #. __04-11676__

90 Devonshire Street                                   CRIMINAL #. _____

Boston, MA 02109

Dear Clerk:

    Please be advised that an order transferring the above entitled action to your court was entered on __3/3/05__ by the Honorable __Patti B. Saris__.

The following documents are included in our file and transmitted herewith:

    ( x )    Certified copy of the docket entries;

    ( x )    Certified copy of the transferral order;

    ( )    Original documents numbered _____

    ( )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

    Respectfully,

    SARAH A. THORNTON
    CLERK OF COURT

Date: __3/10/05__                                              By: __/s/ Christine M. Patch__
    Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

    By: _____
    Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)